**Global Indemnity**
Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
610-660-6854

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/17/2025 |
| Period End Date | 05/30/2025 |
| Pay Date | 05/30/2025 |
| Document | 194833716 |
| Net Pay | $1,126.95 |

## Pay Details

**GARY SHEPARD**
USA

| | | | |
|---|---|---|---|
| Employee Number | ▇▇▇▇ | Pay Group | Pay Current |
| SSN | XXX-XX-XXXX | Location | Bala Cynwyd |
| Job | Insurance Associate I | Bus Line | 1 - Group Services |
| Pay Rate | $24.1492 | Bus Unit | 21 - Operations |
| Pay Frequency | Biweekly | Department | 718 - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $1,300.00 |
| Floating Hol | 0.000000 | $0.0000 | $0.00 | $718.71 |
| GTL Imputed | | | $3.77 | $41.47 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $701.40 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,393.72 |
| Regular Pay | 75.100000 | $24.1492 | $1,813.61 | $16,810.14 |

Total Hours Worked  0.000000    Total Hours  75.100000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $145.09 | $1,446.21 | $0.00 | $0.00 |
| 401k Loan | No | $22.95 | $252.45 | $0.00 | $0.00 |
| Accident Ins | No | $8.89 | $97.79 | $0.00 | $0.00 |
| Child Life | No | $0.78 | $8.58 | $0.00 | $0.00 |
| Dental | Yes | $21.87 | $240.57 | $47.55 | $523.05 |
| EE Sup Life | No | $5.40 | $59.40 | $0.00 | $0.00 |
| Grp Hospital | No | $14.93 | $164.23 | $0.00 | $0.00 |
| GTL Imputed | No | $3.77 | $41.47 | $0.00 | $0.00 |
| Medical | Yes | $270.58 | $2,976.38 | $1,395.95 | $15,355.45 |
| Vision | Yes | $6.48 | $71.28 | $6.48 | $71.28 |
| Vol Sps Life | No | $1.80 | $19.80 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $108.82 | $1,177.45 |
| Basic EE Life | No | $0.00 | $0.00 | $2.55 | $28.05 |
| EAP | No | $0.00 | $0.00 | $0.69 | $7.59 |
| LTD | No | $0.00 | $0.00 | $2.76 | $30.36 |
| STD | No | $0.00 | $0.00 | $3.10 | $34.10 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $21.95 | $509.87 |
| Employee Medicare | $22.02 | $256.32 |
| Social Security Employee Tax | $94.15 | $1,095.99 |
| PA State Income Tax | $46.50 | $541.43 |
| LOWER MERION TWP | $1.81 | $19.91 |
| LOWER MERION SD | $0.19 | $2.09 |
| PA Unemployment Employee | $1.27 | $14.65 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floater | 0.0000 | 0.0000 |
| CA GF Move PTO | 0.0000 | 83.2500 |
| VolunteerTimeOf | 0.0000 | 7.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx8787 | Checking | $1,126.95 |
| Total | | $1,126.95 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,817.38 | $1,373.36 | $187.89 | $502.54 | $1,126.95 |
| YTD | $20,965.44 | $16,231.00 | $2,440.26 | $5,378.16 | $13,147.02 |

**Global Indemnity**
Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
610-660-6854

**Pay Statement**
Period Start Date 05/03/2025
Period End Date 05/16/2025
Pay Date 05/16/2025
Document 191724783
Net Pay $1,128.11

## Pay Details

**GARY SHEPARD**
USA

| | | | |
|---|---|---|---|
| Employee Number | ■ | Pay Group | Pay Current |
| SSN | 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 | Location | Bala Cynwyd |
| Job | Insurance Associate I | Bus Line | 1 - Group Services |
| Pay Rate | $24.1492 | Bus Unit | 21 - Operations |
| Pay Frequency | Biweekly | Department | 718 - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $1,300.00 |
| Floating Hol | 0.000000 | $0.0000 | $0.00 | $718.71 |
| GTL Imputed | | | $3.77 | $37.70 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $701.40 |
| Paid Time Off | 3.500000 | $24.1492 | $84.52 | $1,393.72 |
| Regular Pay | 71.666667 | $24.1492 | $1,730.69 | $14,996.53 |

Total Hours Worked  0.000000    Total Hours  75.166667

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $145.22 | $1,301.12 | $0.00 | $0.00 |
| 401k Loan | No | $22.95 | $229.50 | $0.00 | $0.00 |
| Accident Ins | No | $8.89 | $88.90 | $0.00 | $0.00 |
| Child Life | No | $0.78 | $7.80 | $0.00 | $0.00 |
| Dental | Yes | $21.87 | $218.70 | $47.55 | $475.50 |
| EE Sup Life | No | $5.40 | $54.00 | $0.00 | $0.00 |
| Grp Hospital | No | $14.93 | $149.30 | $0.00 | $0.00 |
| GTL Imputed | No | $3.77 | $37.70 | $0.00 | $0.00 |
| Medical | Yes | $270.58 | $2,705.80 | $1,395.95 | $13,959.50 |
| Vision | Yes | $6.48 | $64.80 | $6.48 | $64.80 |
| Vol Sps Life | No | $1.80 | $18.00 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $108.91 | $1,068.63 |
| Basic EE Life | No | $0.00 | $0.00 | $2.55 | $25.50 |
| EAP | No | $0.00 | $0.00 | $0.69 | $6.90 |
| LTD | No | $0.00 | $0.00 | $2.76 | $27.60 |
| STD | No | $0.00 | $0.00 | $3.10 | $31.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $22.10 | $487.92 |
| Employee Medicare | $22.04 | $234.30 |
| Social Security Employee Tax | $94.24 | $1,001.84 |
| PA State Income Tax | $46.55 | $494.93 |
| LOWER MERION TWP | $1.81 | $18.10 |
| LOWER MERION SD | $0.19 | $1.90 |
| PA Unemployment Employee | $1.27 | $13.38 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floater | 0.0000 | 0.0000 |
| CA GF Move PTO | 0.0000 | 83.2500 |
| VolunteerTimeOf | 0.0000 | 7.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx8787 | Checking | $1,128.11 |
| Total | | $1,128.11 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,818.98 | $1,374.83 | $188.20 | $502.67 | $1,128.11 |
| YTD | $19,148.06 | $14,857.64 | $2,252.37 | $4,875.62 | $12,020.07 |

**Global Indemnity**
Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
610-660-6854

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/19/2025 |
| Period End Date | 05/02/2025 |
| Pay Date | 05/02/2025 |
| Document | 189704281 |
| Net Pay | $1,125.50 |

## Pay Details

**GARY SHEPARD**
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███ | Pay Group | Pay Current |
| SSN | 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 | Location | Bala Cynwyd |
| Job | Insurance Associate I | Bus Line | 1 - Group Services |
| Pay Rate | $24.1492 | Bus Unit | 21 - Operations |
| Pay Frequency | Biweekly | Department | 718 - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $1,300.00 |
| Floating Hol | 15.000000 | $24.1492 | $362.24 | $718.71 |
| GTL Imputed | | | $3.77 | $33.93 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $701.40 |
| Paid Time Off | 7.500000 | $24.1492 | $181.12 | $1,309.20 |
| Regular Pay | 52.516667 | $24.1492 | $1,268.24 | $13,265.84 |

Total Hours Worked  0.000000    Total Hours  75.016667

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $144.93 | $1,155.90 | $0.00 | $0.00 |
| 401k Loan | No | $22.95 | $206.55 | $0.00 | $0.00 |
| Accident Ins | No | $8.89 | $80.01 | $0.00 | $0.00 |
| Child Life | No | $0.78 | $7.02 | $0.00 | $0.00 |
| Dental | Yes | $21.87 | $196.83 | $47.55 | $427.95 |
| EE Sup Life | No | $5.40 | $48.60 | $0.00 | $0.00 |
| Grp Hospital | No | $14.93 | $134.37 | $0.00 | $0.00 |
| GTL Imputed | No | $3.77 | $33.93 | $0.00 | $0.00 |
| Medical | Yes | $270.58 | $2,435.22 | $1,395.95 | $12,563.55 |
| Vision | Yes | $6.48 | $58.32 | $6.48 | $58.32 |
| Vol Sps Life | No | $1.80 | $16.20 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $108.70 | $959.72 |
| Basic EE Life | No | $0.00 | $0.00 | $2.55 | $22.95 |
| EAP | No | $0.00 | $0.00 | $0.69 | $6.21 |
| LTD | No | $0.00 | $0.00 | $2.76 | $24.84 |
| STD | No | $0.00 | $0.00 | $3.10 | $27.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $21.77 | $465.82 |
| Employee Medicare | $21.99 | $212.26 |
| Social Security Employee Tax | $94.02 | $907.60 |
| PA State Income Tax | $46.44 | $448.38 |
| LOWER MERION TWP | $1.81 | $16.29 |
| LOWER MERION SD | $0.19 | $1.71 |
| PA Unemployment Employee | $1.27 | $12.11 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floater | 0.0000 | 0.0000 |
| CA GF Move PTO | 0.0000 | 86.7500 |
| VolunteerTimeOf | 0.0000 | 7.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx8787 | Checking | $1,125.50 |
| Total | | $1,125.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,815.37 | $1,371.51 | $187.49 | $502.38 | $1,125.50 |
| YTD | $17,329.08 | $13,482.81 | $2,064.17 | $4,372.95 | $10,891.96 |

**Global Indemnity**
Three Bala Plaza East
Suite 300
Bala Cynwyd, PA 19004
610-660-6854

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/05/2025 |
| Period End Date | 04/18/2025 |
| Pay Date | 04/18/2025 |
| Document | 188166638 |
| Net Pay | $1,125.81 |

## Pay Details

**GARY SHEPARD**
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | [redacted] | Pay Group | Pay Current |
| SSN | 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 | Location | Bala Cynwyd |
| Job | Insurance Associate I | Bus Line | 1 - Group Services |
| Pay Rate | $24.1492 | Bus Unit | 21 - Operations |
| Pay Frequency | Biweekly | Department | 718 - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $1,300.00 |
| Floating Hol | 7.500000 | $24.1492 | $181.12 | $356.47 |
| GTL Imputed | | | $3.77 | $30.16 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $701.40 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,128.08 |
| Regular Pay | 67.533333 | $24.1492 | $1,630.88 | $11,997.60 |

Total Hours Worked  0.000000     Total Hours  75.033333

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $144.96 | $1,010.97 | $0.00 | $0.00 |
| 401k Loan | No | $22.95 | $183.60 | $0.00 | $0.00 |
| Accident Ins | No | $8.89 | $71.12 | $0.00 | $0.00 |
| Child Life | No | $0.78 | $6.24 | $0.00 | $0.00 |
| Dental | Yes | $21.87 | $174.96 | $47.55 | $380.40 |
| EE Sup Life | No | $5.40 | $43.20 | $0.00 | $0.00 |
| Grp Hospital | No | $14.93 | $119.44 | $0.00 | $0.00 |
| GTL Imputed | No | $3.77 | $30.16 | $0.00 | $0.00 |
| Medical | Yes | $270.58 | $2,164.64 | $1,395.95 | $11,167.60 |
| Vision | Yes | $6.48 | $51.84 | $6.48 | $51.84 |
| Vol Sps Life | No | $1.80 | $14.40 | $0.00 | $0.00 |
| 401K ER Match | Yes | $0.00 | $0.00 | $108.72 | $851.02 |
| Basic EE Life | No | $0.00 | $0.00 | $2.55 | $20.40 |
| EAP | No | $0.00 | $0.00 | $0.69 | $5.52 |
| LTD | No | $0.00 | $0.00 | $2.76 | $22.08 |
| STD | No | $0.00 | $0.00 | $3.10 | $24.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $21.80 | $444.05 |
| Employee Medicare | $21.99 | $190.27 |
| Social Security Employee Tax | $94.04 | $813.58 |
| PA State Income Tax | $46.45 | $401.94 |
| LOWER MERION TWP | $1.81 | $14.48 |
| LOWER MERION SD | $0.19 | $1.52 |
| PA Unemployment Employee | $1.27 | $10.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floater | 0.0000 | 15.0000 |
| CA GF Move PTO | 0.0000 | 94.2500 |
| VolunteerTimeOf | 0.0000 | 7.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx8787 | Checking | $1,125.81 |
| Total | | $1,125.81 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,815.77 | $1,371.88 | $187.55 | $502.41 | $1,125.81 |
| YTD | $15,513.71 | $12,111.30 | $1,876.68 | $3,870.57 | $9,766.46 |