**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| GARY W. SHEPARD, | ) | CASE NO.: 25-12362-AMC |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9, | ) | |
| CREDITOR. | ) | |
| GARY W. SHEPARD, DEBTOR, AND SCOTT F. WATERMAN, TRUSTEE, | ) | |
| RESPONDENTS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 19th day of June 2025

        Respectfully submitted,

        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        Josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 19th day of June 2025.

### *VIA U.S. MAIL*

*DEBTOR*
GARY W. SHEPARD
441 WOODCLIFFE ROAD
UPPER DARBY, PA 19082

### *VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*