| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-12362-AMC

| | |
|---|---|
| Gary W. Shepard | Petition Filed Date: 06/12/2025 |
| 441 Woodcliffe Road | 341 Hearing Date: 07/25/2025 |
| Upper Darby  PA    19082 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/21/2025 | $665.00 | | | | | | | |

**Total Receipts for the Period: $665.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,330.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $544.35 | $0.00 | $0.00 |
| 2 | ONEMAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $723.62 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $407.30 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $2,065.38 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $816.19 | $0.00 | $0.00 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $1,408.63 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC »» 007 | Unsecured Creditors | $1,140.80 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $730.13 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $806.01 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $884.99 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,104.44 | $0.00 | $0.00 |
| 12 | MAIN LINE HEALTH IMAGING LP »» 012 | Unsecured Creditors | $1,444.10 | $0.00 | $0.00 |
| 13 | GINNYS »» 013 | Unsecured Creditors | $200.47 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $666.56 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $728.51 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $646.82 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $1,042.80 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 018 | Unsecured Creditors | $862.76 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT INC »» 019 | Unsecured Creditors | $628.02 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT INC »» 020 | Unsecured Creditors | $636.56 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT INC »» 021 | Unsecured Creditors | $1,825.04 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT INC »» 022 | Unsecured Creditors | $917.70 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT INC »» 023 | Unsecured Creditors | $360.30 | $0.00 | $0.00 |
| 24 | MIDLAND CREDIT MANAGEMENT INC »» 024 | Unsecured Creditors | $974.44 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $1,203.37 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,547.27 | $0.00 | $0.00 |
| 27 | LVNV FUNDING LLC »» 027 | Unsecured Creditors | $865.68 | $0.00 | $0.00 |
| 28 | NEWREZ LLC  D/B/A »» 028 | Mortgage Arrears | $20,238.26 | $0.00 | $0.00 |
| 29 | TD BANK USA NA »» 029 | Unsecured Creditors | $826.94 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP LLC »» 030 | Unsecured Creditors | $1,150.79 | $0.00 | $0.00 |
| 31 | QUANTUM3 GROUP LLC »» 031 | Unsecured Creditors | $1,488.93 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,330.00 | Current Monthly Payment: | $665.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $73.16 | Total Plan Base: | $39,900.00 |
| Funds on Hand: | $1,256.84 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.