# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Gary W. Shepard,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12362-AMC |

### Certificate of Service

    I, Michael A. Cibik, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 6, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**Deutsche Bank National Trust Company**
c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Comenity Bank/Playstation
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218

Comenity **Bank (various)**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd Ste 400
Wilmington, DE 19808-2952

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Cws/cw Nexus**
Po Box 9201
Old Bethpage, NY 11804

**Delaware County Tax Claim Bureau**
201 W Front St
Media, PA 19063-2708

**Fingerhut**
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 5630

**Fingerhut Fetti/Webbank**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**First Savings Bank**
Attn: Bankruptcy
1500 S Highline Ave
Sioux Falls, SD 57110-1003

**Fortiva**
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348-5555

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Ginnys/Swiss Colony Inc**
Attn: Credit Department
PO Box 2825
Monroe, WI 53566

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

Joseph Mann & Creed
8948 Canyon Falls Blvd S
Twinsburg, OH 44087

LendingPoint LLC.
Attn: Bankruptcy
1201 Roberts Blvd NW Suite 200
Kennesaw, GA 30144

Lendmark
2118 Usher St.
Covington, GA 30014

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Main Line Health
PO Box 780163
Philadelphia, PA 19178

**Merrick Bank**
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Newrez**
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603-0826

**OneMain Financial**
PO Box 3251
Evansville, IN 47731-3251

**Oportun**
Attn: Bankruptcy
Po Box 560698
The Colony, TX 75056

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Petal Card 1/webbank
Attn: Bankruptcy Dept
Po Box 105168
Atlanta, GA 30348

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

**Quantum3 Group LLC**
P.O. Box 788
Kirkland, WA 98083-0788

**Security Credit Services**
Attn: Bankruptcy
PO Box 1156
Oxford, MS 38655

**Seventh Ave**
Attn: Bankruptcy
PO Box 800849
Dallas, TX 75380

**Synchrony Bank/QVC**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Target NB**
C/O Financial & Retail Services Mailstop BT
PO Box 9475
Minneapolis, MN 55440

**TD Bank USA, N.A.**
c/o Weinstein & Riley, PS
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

**U.S. Attorney, EDPA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Uplift, Inc.**
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085-3869

**Upstart**
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

**WebBank/OneMain**
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111