**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **GARY W. SHEPARD,** | ) | **CASE NO.: 25-12362-AMC** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **DEUTSCHE BANK NATIONAL TRUST** | ) | |
| **COMPANY, AS TRUSTEE FOR FIRST** | ) | |
| **FRANKLIN MORTGAGE LOAN TRUST** | ) | |
| **2006-FF9, MORTGAGE PASS-THROUGH** | ) | |
| **CERTIFICATES, SERIES 2006-FF9,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **GARY W. SHEPARD, DEBTOR,** | ) | |
| **AND SCOTT F. WATERMAN, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## ORDER

AND NOW, this ____day of _____, _____ at Philadelphia, upon failure of Debtor and the Trustee to file an Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 is modified with respect to the property described as 441 Woodcliff Road, Upper Darby, PA 19082 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

BJ.