**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **GARY W. SHEPARD,** | ) | **CASE NO.: 25-12362-AMC** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **DEUTSCHE BANK NATIONAL TRUST** | ) | |
| **COMPANY, AS TRUSTEE FOR FIRST** | ) | |
| **FRANKLIN MORTGAGE LOAN TRUST** | ) | |
| **2006-FF9, MORTGAGE PASS-THROUGH** | ) | |
| **CERTIFICATES, SERIES 2006-FF9,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **GARY W. SHEPARD, DEBTOR,** | ) | |
| **AND SCOTT F. WATERMAN, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 has filed a Motion for Relief from Stay with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **December 23, 2025,** you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to Movant's attorney:

Joshua I. Goldman, Esq.
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, in Courtroom 4, 900 Market Street, Philadelphia, PA 19107, on **January 7, 2026 , at 11:00 AM**, or as soon thereafter as counsel can be heard, to consider the motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).


Dated:    December 9, 2025

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on

the List by electronic notice and/or by First Class U.S. Mail on this  9th  day of  December  2025:

*VIA U.S. MAIL*

*DEBTOR*
GARY W. SHEPARD
441 WOODCLIFFE ROAD
UPPER DARBY, PA 19082

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*