**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| GARY W. SHEPARD, ) | CASE NO.: 25-12362-AMC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE ASHELY M. CHAN |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, AS TRUSTEE FOR FIRST ) | |
| FRANKLIN MORTGAGE LOAN TRUST ) | |
| 2006-FF9, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2006-FF9, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| GARY W. SHEPARD, DEBTOR, ) | |
| AND SCOTT F. WATERMAN, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

**ORDER APPROVING STIPULATION IN SETTLEMENT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Stipulation between Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 and Debtor (Doc. 23), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: _____

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE