# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| GARY W. SHEPARD, ) | CASE NO.: 25-12362-AMC |
| ) | **CHAPTER 13** |
| DEBTOR. ) | JUDGE ASHELY M. CHAN |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, AS TRUSTEE FOR FIRST ) | |
| FRANKLIN MORTGAGE LOAN TRUST ) | |
| 2006-FF9, MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2006-FF9, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| GARY W. SHEPARD, DEBTOR, ) | |
| AND SCOTT F. WATERMAN, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the Stipulation between Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 and Debtor (Doc. 23), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date:  Jan. 13, 2026

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE