United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12362-amc |
| Gary W. Shepard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary W. Shepard, 441 Woodcliffe Road, Upper Darby, PA 19082-4905 |
| 15021349 | + | Deutsche Bank National Trust Company, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |
| 15018372 | + | Main Line Health, PO Box 780163, Philadelphia, PA 19178-0163 |
| 15018377 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15018385 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15018387 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15018349 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2026 00:20:07 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15018350 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 13 2026 00:10:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15018355 | | Email/Text: cfcbackoffice@contfinco.com | Feb 13 2026 00:10:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 15018351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | Comenity Bank/Playstation, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15018352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018353 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | Comenity/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15018354 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15018356 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2026 00:20:28 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15018357 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2026 00:20:03 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15018358 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 13 2026 00:11:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 15018359 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 13 2026 00:10:00 | Deutsche Bank National Trust Company (post-petitio, c/o Carrington Mortgage Services, 1600 S Douglass Rd, Anaheim, CA 92806-5948 |
| 15041262 | | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2026 00:10:00 | Deutsche Bank National Trust Company,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15018362 | | Email/Text: BNSFS@capitalsvcs.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 13 2026 00:10:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15018360 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 13 2026 00:11:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15018361 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 13 2026 00:11:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15018363 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 13 2026 00:10:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15018364 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 13 2026 00:20:06 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15031994 | + | Email/Text: bankruptcy@sccompanies.com | Feb 13 2026 00:11:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15018365 | + | Email/Text: bankruptcy@sccompanies.com | Feb 13 2026 00:11:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 15018366 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 00:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035556 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15018367 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15018368 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Feb 13 2026 00:11:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd S, Twinsburg, OH 44087-1900 |
| 15018369 | | Email/Text: Bkynotices@lendingpoint.com | Feb 13 2026 00:10:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW Suite 200, Kennesaw, GA 30144 |
| 15018370 | | Email/Text: bk@lendmarkfinancial.com | Feb 13 2026 00:10:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15022672 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15018371 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:18 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15027746 | | Email/Text: ebn@americollect.com | Feb 13 2026 00:10:00 | MAIN LINE HEALTH IMAGING LP, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 15024392 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2026 00:20:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15036478 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2026 00:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15018373 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2026 00:10:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15018374 | | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2026 00:10:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15018376 | | Email/Text: bankruptcy@oportun.com | Feb 13 2026 00:10:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 15018375 | | Email/PDF: cbp@omf.com | Feb 13 2026 00:20:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15020468 | + | Email/PDF: cbp@omf.com | Feb 13 2026 00:20:28 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15026862 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2026 00:20:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 58 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15018381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2026 00:20:16 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15018378 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2026 00:10:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15018379 | ^ | MEBN Feb 13 2026 00:05:12 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15018380 | + | Email/Text: bankruptcy@petalcard.com Feb 13 2026 00:10:25 | | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15025535 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2026 00:10:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15021834 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2026 00:10:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15041755 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2026 00:10:00 | | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15041740 | | Email/Text: bnc-quantum@quantum3group.com Feb 13 2026 00:10:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15018382 | + | Email/Text: cs@securitycreditservicesllc.com Feb 13 2026 00:10:00 | | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 15018383 | + | Email/Text: bankruptcy@sccompanies.com Feb 13 2026 00:11:00 | | Seventh Ave, Attn: Bankruptcy, PO Box 800849, Dallas, TX 75380-0849 |
| 15018384 | | Email/PDF: ais.sync.ebn@aisinfo.com Feb 13 2026 00:20:27 | | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15041581 | | Email/Text: bncmail@w-legal.com Feb 13 2026 00:10:00 | | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15018386 | | Email/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2026 00:10:00 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15018388 | | Email/Text: bankruptcies@uplift.com Feb 13 2026 00:10:00 | | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 15018389 | + | Email/Text: UpStart@ebn.phinsolutions.com Feb 13 2026 00:10:00 | | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15018390 | + | Email/PDF: cbp@omf.com Feb 13 2026 00:20:26 | | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Gary W. Shepard help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Gary W. Shepard<br><br>    Debtor(s). | Case No. 25−12362−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 12, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court