Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Gary W. Shepard
441 Woodcliffe Road
Upper Darby, PA 19082

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-12362-AMC**

Petition Filed Date: 06/12/2025
341 Hearing Date: 07/25/2025
Confirmation Date: 02/12/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2025 | $665.00 | | 09/19/2025 | $665.00 | | 10/21/2025 | $665.00 | |
| 11/19/2025 | $678.00 | | 12/19/2025 | $678.00 | | 01/20/2026 | $678.00 | |
| 02/20/2026 | $746.00 | | 03/19/2026 | $746.00 | | 04/20/2026 | $746.00 | |
| 05/19/2026 | $746.00 | | 06/22/2026 | $746.00 | | 07/20/2026 | $746.00 | |

**Total Receipts for the Period: $8,505.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,916.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,510.00 | $3,510.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $544.35 | $0.00 | $544.35 |
| 2 | ONEMAIN FINANCIAL GROUP LLC<br>»» 002 | Unsecured Creditors | $723.62 | $0.00 | $723.62 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $407.30 | $0.00 | $407.30 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,065.38 | $0.00 | $2,065.38 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $1,408.63 | $0.00 | $1,408.63 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $1,140.80 | $0.00 | $1,140.80 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $730.13 | $0.00 | $730.13 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $806.01 | $0.00 | $806.01 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $884.99 | $0.00 | $884.99 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,104.44 | $0.00 | $1,104.44 |
| 12 | MAIN LINE HEALTH IMAGING LP<br>»» 012 | Unsecured Creditors | $1,444.10 | $0.00 | $1,444.10 |

**Chapter 13 Case No. 25-12362-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | GINNYS<br>»» 013 | Unsecured Creditors | $200.47 | $0.00 | $200.47 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $666.56 | $0.00 | $666.56 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $728.51 | $0.00 | $728.51 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $646.82 | $0.00 | $646.82 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $1,042.80 | $0.00 | $1,042.80 |
| 18 | MIDLAND CREDIT MANAGEMENT INC<br>»» 018 | Unsecured Creditors | $862.76 | $0.00 | $862.76 |
| 19 | MIDLAND CREDIT MANAGEMENT INC<br>»» 019 | Unsecured Creditors | $628.02 | $0.00 | $628.02 |
| 20 | MIDLAND CREDIT MANAGEMENT INC<br>»» 020 | Unsecured Creditors | $636.56 | $0.00 | $636.56 |
| 21 | MIDLAND CREDIT MANAGEMENT INC<br>»» 021 | Unsecured Creditors | $1,825.04 | $0.00 | $1,825.04 |
| 22 | MIDLAND CREDIT MANAGEMENT INC<br>»» 022 | Unsecured Creditors | $917.70 | $0.00 | $917.70 |
| 23 | MIDLAND CREDIT MANAGEMENT INC<br>»» 023 | Unsecured Creditors | $360.30 | $0.00 | $360.30 |
| 24 | MIDLAND CREDIT MANAGEMENT INC<br>»» 024 | Unsecured Creditors | $974.44 | $0.00 | $974.44 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $1,203.37 | $0.00 | $1,203.37 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $1,547.27 | $0.00 | $1,547.27 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | NEWREZ LLC D/B/A<br>»» 28A | Mortgage Arrears | $20,238.26 | $4,899.17 | $15,339.09 |
| 29 | TD BANK USA NA<br>»» 029 | Unsecured Creditors | $826.94 | $0.00 | $826.94 |
| 30 | QUANTUM3 GROUP LLC<br>»» 030 | Unsecured Creditors | $1,150.79 | $0.00 | $1,150.79 |
| 31 | QUANTUM3 GROUP LLC<br>»» 031 | Unsecured Creditors | $1,488.93 | $0.00 | $1,488.93 |
| 32 | NEWREZ LLC D/B/A<br>»» 032 | Mortgage Arrears | $3,251.80 | $787.18 | $2,464.62 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,916.00 | Current Monthly Payment: | $746.00 |
| Paid to Claims: | $9,196.35 | Arrearages: | $0.00 |
| Paid to Trustee: | $719.65 | Total Plan Base: | $44,232.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.